IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER DESHAUN MONTGOMERY                                    PLAINTIFF

v.                              Civil No. 5:24-cv-05157-CDC

BLAINE MILLER, Benton County Drug Unit (BCDU);
JOSH COOKINGHAM, BCDU; DETECTIVE ROBBINS,
BCDU; DEPUTY STRICKLAND, Benton County Detention
Center (BCDC) Work Detail Officer; SERGEANT
WIEBER, BCDC Work Detail Sergeant; LONDON WRIGHT,
BCDC, Trustee Inmate Officer; L. FRANKS, BCDC, Trustee
Inmate Officer and JAIL ADMINISTRATOR MEGAN
RUTLEDGE, BCDC                                                    DEFENDANTS

**ORDER**

The Court failed to include one named Defendant in the case caption in the Order (ECF No. ECF No. 3) entered on July 30, 2024. The Clerk is directed to add Defendant L. Franks, BCDC, Trustee Inmate Officer, to the docket sheet. Further, the Court misspelled the last name of Josh Cookingham. The Clerk is directed to correction this misspelling.

IT IS SO ORDERED this 31st day of July 2024.

*s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE

1