IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER DESHAUN MONTGOMERY**                                              **PLAINTIFF**

V.                                  CASE NO. 5:24-CV-5157

**BLAINE MILLER**, Benton County Drug Unit (BCDU);
**JOSH COOKINGHAM**, BCDU;
**DETECTIVE ROBBINS**, BCDU;
**DEPUTY STRICKLAND**,
Benton County Detention Center (BCDC),
Work Detail Officer; **SERGEANT WIEBER**, BCDC,
Work Detail Sergeant; **LONDON WRIGHT**, BCDC,
Trustee Inmate Officer;
**JAIL ADMINISTRATOR MEGAN RUTLEDGE**, BCDC;
and **DEPUTY L. FRANKS**, BCDC, Trustee Inmate Officer                         **DEFENDANTS**

## ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 13) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Amended Complaint. She recommends dismissing all claims against Defendants Cookingham, Strickland, Wieber, Wright, Franks, and Rutledge for failure to plausible claims under 42 U.S.C. § 1983. She further recommends leaving for later resolution the claims against Defendants Miller and Robbins.

On October 16, 2024, Plaintiff Christopher Deshaun Montgomery filed an Objection to the R&R (Doc. 15), which triggered this Court's *de novo* review of the record. Montgomery's Objection essentially restates his claims in the Amended Complaint and asks that the claims that are recommended for dismissal not be

1

dismissed. The objection fails to engage with the R&R's reasoning in any respect and is **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED** in its entirety. Upon preservice screening, all claims against Defendants Cookingham, Strickland, Wieber, Wright, Franks, and Rutledge are **DISMISSED WITHOUT PREJUDICE** for failure to plausible claims under 42 U.S.C. § 1983.

The case should remain referred to Magistrate Judge Comstock as to all other pending matters not recommended for dismissal.

**IT IS SO ORDERED** on this 16th day of October, 2024.

                                         */s/ Timothy L. Brooks*
                                         TIMOTHY L. BROOKS
                                         UNITED STATES DISTRICT JUDGE