IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER DESHAUN MONTGOMERY**                                    **PLAINTIFF**

V.                                    **CASE NO. 5:24-CV-5157**

**BLAINE MILLER, Benton County Drug Unit (BCDU)**
**and DETECTIVE ROBBINS, BCDU**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 41) filed in this case on November 3, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, **IT IS ORDERED** that Defendants Blaine Miller's and Detective Robbins's Motion for Summary Judgment (Doc. 32) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

The case is **CLOSED**, and judgment shall enter contemporaneously with this Order.

**IT IS SO ORDERED** on this 1st day of December, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE