IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER DESHAUN MONTGOMERY**                                         **PLAINTIFF**

**V.**                              **CASE NO. 5:24-CV-5157**

**BLAINE MILLER, Benton County Drug Unit (BCDU)**
**and DETECTIVE ROBBINS, BCDU**                                            **DEFENDANTS**

## JUDGMENT

For the reasons stated in this Order filed this day, **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 1st day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE